**David W. NIEHAUS, Respondent,**

v.

**DIRECTOR OF REVENUE, State of Missouri, Appellant.**

**No. WD 48510.**

Missouri Court of Appeals, Western District.

June 7, 1994.

Jeremiah W. (Jay) Nixon, Atty. Gen., James A. Chenault, III, Sp. Asst. Atty. Gen., Mo. Dept. of Revenue, Jefferson City, for appellant.

R. Gregory Harrison, Liberty, for respondent.

Before LOWENSTEIN, P.J., and BERREY and SPINDEN, JJ.

***ORDER***

PER CURIAM.

Following administrative suspension of the respondent's driving privileges, the Director appeals the trial court's judgment for the driver, raising points concerning the time the blood alcohol content test was administered, and the sufficiency of the evidence. Judgment affirmed. Rule 84.16(b).